IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYODE OJO and<br>KBROWN LOGISTICS, LLC,<br>    Plaintiffs | :   No. 1:25cv1110<br>:<br>:   (Judge Munley) |
| v. | : |
| BERKSHIRE HATHAWAY<br>DIRECT INSURANCE COMPANY d/b/a<br>THREE by BERKSHIRE HATHAWAY,<br>    Defendant | :<br>:<br>:<br>: |

..........................................................................................................

**ORDER**

**AND NOW**, to wit, this 2nd day of January 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant's motion to dismiss, (Doc. 3), is **GRANTED**; and

2) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court